# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| WILLIAM BERGAU, | : |
| Plaintiff, | : Civil Action No.: 2:18-CV-00167-UA-CM |
| v. | : |
| ZOLL MEDICAL CORPORATION, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff William Bergau ("Bergau" or "Plaintiff") and Defendant Zoll Medical Corporation ("Defendant" or "Zoll") (Plaintiff and Defendant are collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify this Honorable Court that the Parties have reached an amicable settlement in the above-referenced action. The settlement documents are currently being prepared and the parties will file a Joint Stipulation of Dismissal with Prejudice after execution of the settlement documents.

Dated this 18th day of May, 2018.

| | |
|---|---|
| GUNTERFIRM<br>145 Broadway<br>Suite 101<br>Fort Myers, FL 33901<br>Telephone (293) 334-7017<br>Facsimile: (239) 236-8008<br><br>By:     /s/ *Conor P. Foley*<br>Jason L. Gunter<br>Florida Bar No. 0134694<br>Email: Jason@Gunterfirm.com<br>Conor P. Foley<br>Florida Bar No. 111977<br>Email: Conor@Gunterfirm.com<br><br>Attorneys for Plaintiff | LITTLER MENDELSON, P.C.<br>111 North Magnolia Avenue<br>Suite 1250<br>Orlando, Florida 32801<br>Telephone: (407) 393-2900<br>Facsimile: (407) 393-2929<br><br>By:     /s/ *Allison Renae Bekavac*<br>Jeffrey B. Jones<br>Florida Bar No.: 003995<br>Email:  jbjones@littler.com<br>Allison Renae Bekavac<br>Florida Bar No.: 105733<br>Email:  abekavac@littler.com<br><br>Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to the following: Jason L. Gunter, Esq., 1514 Broadway, Suite 101, Fort Myers, FL 33901, Jason@gunterfirm.com.

/s/ *Allison Renae Bekavac*
Allison Renae Bekavac