IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WILLIAM BERGAU,

      Plaintiff,

-vs-                                          Case No.: 2:18-cv-167-FtM-99CM

ZOLL MEDICAL CORPORATION,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel, stipulate that all claims be dismissed in their entirety, with prejudice.

Dated this 18th day of June, 2018

| | |
|---|---|
| **GUNTERFIRM** | **LITTLER MENDELSON, P.C.** |
| 1514 Broadway | 111 North Magnolia Avenue |
| Suite 101 | Suite 1250 |
| Fort Myers, FL 33901 | Orlando, Florida 32801 |
| Telephone (293) 334-7017 | Telephone: (407) 393-2900 |
| Facsimile: (239) 236-8008 | Facsimile: (407) 393-2929 |
| | |
| By:   */s/ Conor P. Foley* | By:   */s/ Allison Renae Bekavac* |
| Jason L. Gunter | Jeffrey B. Jones |
| Florida Bar No. 0134694 | Florida Bar No.: 003995 |
| Email: Jason@Gunterfirm.com | Email: jbjones@littler.com |
| Conor P. Foley | Allison Renae Bekavac |
| Florida Bar No. 111977 | Florida Bar No.: 105733 |
| Email: Conor@Gunterfirm.com | Email: abekavac@littler.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the  19th  day of June, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel set forth above.

                                           /s/ Jason L. Gunter  
                                           Jason L. Gunter